UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE PARKS, | ) | 1:04-CV-6207-REC-TAG HC |
| Petitioner, | ) ) | ORDER DENYING PETITIONER'S SECOND MOTION FOR APPOINTMENT OF COUNSEL (Doc. 19) |
| v. | ) ) | |
| BILL LOCKYER, et al., | ) ) | |
| Respondent. | ) ) ) | |

Petitioner is an inmate in state prison proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 4, 2005, Petitioner requested the appointment of counsel. (Doc. 19). This is Petitioner's second such motion. On September 10, 2004, Petitioner filed a similar request for appointment of counsel. (Doc. 4). On October 18, 2004, the Court denied that motion. (Doc. 7). At that time, the Court advised Petitioner that the Court did not find that the interests of justice required appointment of counsel.

Petitioner has now filed this successive motion for appointment of counsel. The Court will repeat the admonition it gave to Petitioner previously. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

1  In the present case, the Court does not find that the interests of justice would be
2  served by the appointment of counsel at the present time.  Accordingly, IT IS HEREBY
3  ORDERED that Petitioner's second request for appointment of counsel (Doc. 19),  is DENIED.
4
5  IT IS SO ORDERED.
6  **Dated:   August 30, 2005**                          /s/ Theresa A. Goldner
   j6eb3d                                              UNITED STATES MAGISTRATE JUDGE