1

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

2

3    WAYNE PARKS,                              )  1:04-cv-06207-REC-TAG HC
                                              )
4                                             )  ORDER ADOPTING REPORT AND
                    Petitioner,               )  RECOMMENDATION (Doc. 23)
5                                             )
           v.                                 )  ORDER DENYING PETITIONER'S MOTION
6                                             )  FOR INJUNCTIVE RELIEF (Doc. 16)
                                              )
7    BILL LOCKYER, et al.,                    )  ORDER REMANDING CASE TO
                                              )  MAGISTRATE JUDGE FOR FURTHER
8                                             )  PROCEEDINGS
                    Respondents.              )
9                                             )
                                              )
     _____ )
10

11          On September 7, 2004, Petitioner filed a petition for writ of habeas corpus pursuant to 28

12   U.S.C. § 2254 in this Court. (Doc. 1).  On June 13, 2006, Petitioner filed a motion for injunctive

13   relief seeking better access to the prison law library.  (Doc. 16).  On March 20, 2006, the

14   Magistrate Judge assigned to the case filed a Report and Recommendation recommending that

15   Petitioner's motion for injunctive relief be denied.  (Doc. 23).  This Report and Recommendation

16   was served on all parties and contained notice that any objections were to be filed within five

17   days from the date of service of that order.  To date, the parties have not filed timely objections

18   to the Report and Recommendation.

19          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

20   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

21   the Magistrate Judge's Report and Recommendation is supported by the record and proper

22   analysis.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.      The Report and Recommendation, filed March 20, 2006 (Doc. 23), is ADOPTED

25                  IN FULL;

26          2.      Petitioner's Motion for Injunctive Relief (Doc. 16), is DENIED; and

27          3.      The case is REMANDED to the Magistrate Judge for further proceedings.

28   ///

1

1   IT IS SO ORDERED.

2   **Dated:  April 7, 2006**                         **/s/ Robert E. Coyle**
      668554                                        UNITED STATES DISTRICT JUDGE

2