IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | 1:04-cv-06207 LJO-JMD (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUESTS FOR EXTENSION OF TIME |
| vs. | TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| BILL LOCKYER, et al., | (MOTION #34 & #35) |
| Respondents. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 25, 2008 and April 28, 2008, petitioner filed motions to extend time to file objections to the Findings and Recommendation issued by the court on January 17, 2008. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Findings and Recommendation.

IT IS SO ORDERED.

Dated:   **May 19, 2008**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE