IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | 1:04-cv-06207-LJO-JMD (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| BILL LOCKYER, et al, | (DOCUMENT #37) |
|     Respondents. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 27, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   June 19, 2008**           /s/ John M. Dixon
                                                    UNITED STATES MAGISTRATE JUDGE