UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE PARKS, | ) | 1:04-CV-6207 LJO JMD (HC) |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION TO STAY |
| | ) | [Doc. #39] AND GRANTING THIRD |
| v. | ) | EXTENSION OF TIME TO FILE |
| | ) | OBJECTIONS TO FINDINGS AND |
| WILLIAM SULLIVAN, Warden, | ) | RECOMMENDATION |
| | ) | |
| Respondent. | ) | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 7, 2004, Petitioner filed the instant petition for writ of habeas corpus in this Court. On January 17, 2008, the Court issued a Findings and Recommendation recommending that the petition be denied. (Court Doc. 33.)

On February 25, 2008, Petitioner filed a motion for extension of time to file objections to the Findings and Recommendation. (Court Doc. 34.) On April 28, 2008, Petitioner filed a second motion for extension of time to file objections. (Court Doc. 35.) On May 19, 2008, the Court granted Petitioner's motions for extension of time. (Court Doc. 36.) On May 27, 2008, Petitioner filed a third motion for extension of time. (Court Doc. 37.) On June 19, 2008, the Court granted Petitioner's third motion for extension of time. (Court Doc. 38.)

On June 30, 2008, Petitioner filed a motion to stay the proceedings claiming that all of his

1  property, including his legal materials, was seized.  (Court Doc. 39.)  Petitioner has not shown good
2  cause for a stay of the proceedings, as he has already been granted two extensions of time and has
3  had nearly six months to prepare objections to the Findings and Recommendation.  However, the
4  Court will grant one further extension of time to allow Petitioner the opportunity to file objections.
5         Accordingly, IT IS HEREBY ORDERED that Petitioner is granted thirty days from the date
6  of service of this order in which to file objections to the Findings and Recommendation.

8  IT IS SO ORDERED.
9  **Dated:   July 8, 2008**              **/s/ John M. Dixon**
                                      UNITED STATES MAGISTRATE JUDGE